IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD WAYNE PARKER,

    Plaintiff,　　　　　　　　　　　No. CIV S-10-0065 MCE EFB PS

    vs.

UNITED STATES DEPARTMENT OF　　　ORDER
JUSTICE; FEDERAL BUREAU OF
INVESTIGATION; DRUG ENFORCEMENT
ADMINISTRATION;

    Defendants.
_____/

    Plaintiff is a federal prisoner proceeding without counsel and *in forma pauperis* in an action brought under 5 U.S.C. § 552. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

1  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*
2  *pauperis* application upon the Warden of Herlong Federal Correctional Institution and deliver a
3  copy of this order to the Clerk's financial division.
4  SO ORDERED.
5  Dated: May 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE