BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant,
UNITED STATES DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE PARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE - OFFICE OF INFORMATION AND PRIVACY, FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT ADMINISTRATION,<br><br>  Defendants. | No. 2:10-cv-65-MCE-EFB<br><br>**DEFENDANT'S CONSENSUAL EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION** |

The United States Department of Justice, defendant, under LR 144(c), applies ex parte for a two-week extension of its time to file its dismissal and summary judgment motion, from June 15, 2011, set by Order filed February 15, 2011, until June 29, 2011.  The reason is that the expected declaration from one of the components has not been received.  As is shown by the declaration below, plaintiff has consented to this extension.

Dated: June 14, 2011                                BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                        By:    */s/ YHimel*
                                                                    YOSHINORI H. T. HIMEL
                                                                    Assistant U. S. Attorney

Page 1

## DECLARATION OF YOSHINORI H. T. HIMEL

YOSHINORI H. T. HIMEL declares under 28 U.S.C. 1746(2):

1. I am an Assistant United States Attorney in the office of the United States Attorney for the Eastern District of California, and am assigned the above-captioned case.

2. I plan to move for dismissal of the defendant Department of Justice components for lack of subject matter jurisdiction; summary judgment on plaintiff's FOIA request to the Federal Bureau of Investigation; and summary judgment on plaintiff's FOIA request to the Drug Enforcement Administration.

3. The motion requires declarations from the FBI and the DEA. One of those has unexpectedly failed to complete its declaration.

4. On June 14, 2011, Pamela Beauvais of this office spoke with plaintiff to find out his position on the requested extension. He consented to the extension if I would consent to extend his time to oppose the motion if he is locked down. By letter dated June 14, 2011, I expressed my consent. A copy of the letter is attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2011.

   */s/ YHimel*
   YOSHINORI H. T. HIMEL

## ORDER

It is APPROVED and SO ORDERED. Defendants' request for a two-week extension of its time to file its dismissal and summary judgment motion is granted and the motion shall be filed not later than June 29, 2011.

DATED: June 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE